UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

NOV 1 0 2005

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. H-02-109-2 |
| | § | |
| LESLIE FORRESTER | § | |

ORDER

After considering the Government's Motion to Dismiss Counts One, Two, Three, Four, Five, Six, Seven, Eight and Nine against the defendant, the Court orders that Counts One through Nine against defendant Leslie Forrester should be and are hereby dismissed.

Done this __10__ day of __Nov__, 2005.

_____
UNITED STATES DISTRICT JUDGE